**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lucious Wayne DAYE, Defendant–
Appellant.**

**No. 01–7422.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

Lucious Wayne Daye, Pro Se. Robert Jack Higdon, Jr., Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Lucious Wayne Daye appeals the district court's order dismissing his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) as time-barred under the Antiterrorism and Effective Death Penalty Act (AEDPA). We have reviewed the record and the district court's opinion and find no reversible error.* *See United States v. Daye*, Nos. CR–96–9–V; CA–01–120–2–5–V (W.D.N.C. July 25, 2001). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral

---

\* While Daye did not receive notice and an opportunity to respond prior to dismissal as required by our recent decision in *Hill v. Braxton*, 277 F.3d 701 (4th Cir.2002) (published), which issued subsequent to the district court's order, we find no harmful error as Daye's challenges to the applicability of the statutory limitations period fail as a matter of law.